# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACQUELINE L. HERRITT,** | : | **CIVIL ACTION NO. 1:05-CV-0010** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **JO ANNE B. BARNHART,** **Commissioner of Social Security Administration,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 10th day of August, 2005, upon consideration of the report of the magistrate judge (Doc. 13), to which no objections were filed (see Doc. 14), recommending that plaintiff's appeal from the decision of the Commissioner of Social Security (Doc. 1) be granted, and following an independent review of the record, it is hereby ORDERED that:

1. The report of the magistrate judge (Doc. 13) is ADOPTED.

2. Plaintiff's appeal from the decision of the Commissioner of Social Security (Doc. 1) is GRANTED as follows:  The above-captioned case is REMANDED to the Commissioner of Social Security for further consideration of plaintiff's application for supplemental security income in light of this order and the report of the magistrate judge (Doc. 13).

3. The Clerk of Court is directed to CLOSE this case.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge